IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO MENDOZA MARTINEZ,
ELIU MENDOZA, ELIEZER MENDOZA
MARTINEZ, and GLORIA MARTINEZ
MONTES,

    Plaintiffs,

  v.

AERO CARIBBEAN, EMPRESA
AEROCARIBBEAN S.A., CUBANA DE
AVIACION S.A., and ATR,

    Defendants.

No. C 11-03194 WHA

**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

The Court **DENIES** plaintiffs' request to continue the case management conference for sixty days. Please come to the case management conference on **OCTOBER 27, 2011, AT 3:00 P.M.** in Courtroom No. 8 of the federal courthouse.

**IT IS SO ORDERED.**

Dated: October 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE