THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
DANIEL DELL'OSSO (CA Bar No. 118203)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 989-1800
Email: tjb@brandilaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MENDOZA MARTINEZ, ELIU MENDOZA, ELIEZER MENDOZA MARTINEZ, and GLORIA MARTINEZ MONTES,<br><br>Plaintiffs,<br><br>v.<br><br>AERO CARIBBEAN, EMPRESA AEROCARIBBEAN S.A., CUBANA DE AVIACION S.A., and ATR<br><br>Defendants. | Case No.: 3:11-cv-03194-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING GIE AVIONS DE TRANSPORT REGIONAL's MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND RELATED DEADLINES** |

Plaintiffs LORENZO MENDOZA MARTINEZ, ELIU MENDOZA, ELIEZER MENDOZA MARTINEZ, and GLORIA MARTINEZ MONTES ("Plaintiffs") and specially appearing defendant GIE AVIONS DE TRANSPORT REGIONAL's ("Defendant") hereby stipulate as follows:

WHEREAS, Defendant filed a motion to dismiss for lack of personal jurisdiction on November 18, 2011 with a hearing date of December 22, 2011;

WHEREAS, the parties have agreed to continue the hearing to January 26, 2012; and

WHEREAS, the parties have also agreed that Plaintiff's opposition to said motion shall be due on or before January 5, 2012 and Defendant's reply shall be due on or before January 12, 2012.

DATED: November 23, 2011    THE BRANDI LAW FIRM

BY: s/ Brian J. Malloy
THOMAS J. BRANDI
DANIEL DELL'OSSO
BRIAN J. MALLOY
Attorney for Plaintiffs

Dated: November 23, 2011    NIXON PEABODY LLP

BY: s/ Eric C. Strain
BRIAN C. DALRYMPLE
ERIC C. STRAIN
CAMERON R. CLOAR
Attorney for Specially Appearing Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Defendant GIE AVIONS DE TRANSPORT REGIONAL's motion to dismiss for lack of personal jurisdiction is continued from December 22, 2011 to January 26, 2012 at 8:00 a.m.

Plaintiffs' opposition to said motion shall be due on or before January 5, 2012.

Defendant's reply in support of said motion shall be due on or before January 12, 2012.

Dated: November 23, 2011.

William Alsup
UNITED STATES DISTRICT JUDGE