THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
DANIEL DELL'OSSO (CA Bar No. 118203)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 989-1800
Email: tjb@brandilaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MENDOZA MARTINEZ, ELIU MENDOZA, ELIEZER MENDOZA MARTINEZ, and GLORIA MARTINEZ MONTES,<br><br>    Plaintiffs,<br><br>        v.<br><br>AERO CARIBBEAN, EMPRESA AEROCARIBBEAN S.A., CUBANA DE AVIACION S.A., and GIE AVIONS DE TRANSPORT REGIONAL<br><br>    Defendants. | Case No.:  3:11-cv-03194-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINES** |

Plaintiffs LORENZO MENDOZA MARTINEZ, ELIU MENDOZA, ELIEZER MENDOZA MARTINEZ, and GLORIA MARTINEZ MONTES ("Plaintiffs") and specially appearing defendant GIE AVIONS DE TRANSPORT REGIONAL ("Defendant") hereby stipulate as follows:

WHEREAS, Defendant filed a motion to dismiss for lack of personal jurisdiction, which was heard on January 26, 2012;

WHEREAS, the Court has held the motion in abeyance pending limited jurisdictional discovery;

---
1
STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINES- Case No.:  3:11-cv-03194-WHA

WHEREAS, Plaintiffs' supplemental opposition to the motion to dismiss is due on April 6, 2012 and Defendant's reply is due on April 13, 2012; and

WHEREAS, the current deadline to complete mediation under the First Amended Case Management Order is April 17, 2012;

The parties hereby stipulate that the deadline to completing mediation should be continued to 90 days from the date of any order denying Defendant's motion to dismiss for lack of personal jurisdiction.

DATED: January 31, 2012                THE BRANDI LAW FIRM

                                                    BY: _s/ Brian J. Malloy_____
                                                           THOMAS J. BRANDI
                                                           DANIEL DELL'OSSO
                                                           BRIAN J. MALLOY
                                                           Attorney for Plaintiffs

Dated: January 31, 2012                NIXON PEABODY LLP

                                                   BY: _s/ Eric C. Strain_____ _____
                                                           BRIAN C. DALRYMPLE
                                                           ERIC C. STRAIN
                                                           CAMERON R. CLOAR
                                                           Attorney for Specially Appearing Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The parties' deadline to complete mediation is hereby extended to July 20, 2012.



Dated: February 1, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE

3
STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINES- Case No.: 3:11-cv-03194-WHA