IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO MENDOZA MARTINEZ, ELIU MENDOZA, ELIEZER MENDOZA MARTINEZ, and GLORIA MARTINEZ MONTES,

    Plaintiffs,

  v.

AERO CARIBBEAN, EMPRESSA AEROCARIBBEAN S.A., CUBANA DE AVIACION S.A., and AVIONS DE TRANSPORT RÉGIONAL,

    Defendants.

No. C 11-03194 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting defendant's motion to dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Avions de Transport Régional, and against plaintiffs Lorenzo Mendoza Martinez, Eliu Mendoza, Eliezer Mendoza Martinez, and Gloria Martinez Montes.

Judgment is not rendered with respect to defendants Aero Caribbean, Empressa Aerocaribbean S.A., and Cubana de Aviacion S.A.

**IT IS SO ORDERED.**

Dated: April 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE