**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO MENDOZA MARTINEZ,
ELIU MENDOZA, ELIEZER
MENDOZA MARTINEZ, and GLORIA
MARTINEZ MONTES,

    Plaintiffs,

  v.

AERO CARIBBEAN, EMPRESA
AEROCARIBBEAN S.A., CUBANA
DE AVIACION S.A., and ATR,

    Defendants.

No. C 11-03194 WHA

**REQUEST FOR STATUS REPORT**

The Court notes that the final pretrial conference and trial are set for April 1 and April 15, 2013, respectively. Please file a status report by **NOON ON JANUARY 16, 2013**.

**IT IS SO ORDERED.**

Dated: January 9, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE