IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MENDOZA MARTINEZ, ELIU MENDOZA, ELIEZER MENDOZA MARTINEZ, and GLORIA MARTINEZ MONTES,<br><br>            Plaintiffs,<br><br>   v.<br><br>AERO CARIBBEAN, EMPRESA AEROCARIBBEAN S.A., CUBANA DE AVIACION S.A., and ATR,<br><br>            Defendants.<br>                                                               / | No. C 11-03194 WHA<br><br>**REQUEST FOR STATUS REPORT** |

The Court notes that the final pretrial conference and trial are set for April 1 and April 15, 2013, respectively. Please file a status report by **NOON ON JANUARY 16, 2013**.

**IT IS SO ORDERED.**

Dated: January 9, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE