IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MENDOZA MARTINEZ, ELIU MENDOZA, ELIEZER MENDOZA MARTINEZ, and GLORIA MARTINEZ MONTES,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AERO CARIBBEAN, EMPRESA AEROCARIBBEAN S.A., CUBANA DE AVIACION S.A., and GIE AVIONS DE TRANSPORT REGIONAL,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 11-03194 WHA<br><br>**ORDER VACATING TRIAL DATE AND SETTING STATUS CONFERENCE** |

The Court has received plaintiffs' status update regarding the appeal of the order granting defendant Gie Avios de Transport Regional's motion to dismiss for lack of personal jurisdiction and the status of service on the remaining three defendants, who are in Cuba. Plaintiffs state that they have sent a notice of lawsuit and request to waive service of summons to the Cuban defendants at their Cuban addresses through United States mail but have not yet received confirmation of service. Due to the pending appeal, plaintiffs request that the trial and pre-trial conference dates be vacated and a status conference be set. Given the circumstances of this action, plaintiffs' request for a continuance is granted. A status conference is hereby set for **OCTOBER 3, 2013 AT 2:00 P.M.** The parties shall file a status report at least seven calendar days in advance of the hearing. This order makes no finding regarding the sufficiency of service on any defendant. Plaintiffs should endeavor to complete service forthwith, and in any event prior to the status conference.

**IT IS SO ORDERED.**

Dated: January 17, 2013.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE