IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MENDOZA MARTINEZ, ELIU MENDOZA, ELIEZER MENDOZA MARTINEZ, and GLORIA MARTINEZ MONTES,<br><br>Plaintiffs,<br><br>v.<br><br>AERO CARIBBEAN, EMPRESSA AEROCARIBBEAN S.A., CUBANA DE AVIACION S.A., and AVIONS DE TRANSPORT RÉGIONAL,<br><br>Defendants. | No. C 11-03194 WHA<br><br>**ORDER DENYING REQUEST TO CONTINUE STATUS CONFERENCE** |

Plaintiffs' request to continue the upcoming status conference for an additional six months is **DENIED.** Please come to the status conference scheduled for Courtroom No. 8 of the federal courthouse at **2:00 PM ON OCTOBER 3.**

**IT IS SO ORDERED.**

Dated: September 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE