IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO MENDOZA MARTINEZ, ELIU MENDOZA, ELIEZER MENDOZA MARTINEZ, and GLORIA MARTINEZ MONTES,

    Plaintiffs,

  v.

AERO CARIBBEAN, EMPRESSA AEROCARIBBEAN S.A., CUBANA DE AVIACION S.A., and AVIONS DE TRANSPORT REGIONAL,

    Defendants.

No. C 11-03194 WHA

**ORDER DENYING REQUEST TO CONTINUE STATUS CONFERENCE**

    Plaintiffs' request to continue the upcoming status conference for an additional six months is **DENIED.** Please come to the status conference scheduled for Courtroom No. 8 of the federal courthouse at **2:00 PM ON OCTOBER 3.**

    **IT IS SO ORDERED.**

Dated: September 24, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE