IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MENDOZA MARTINEZ, ELIU MENDOZA, ELIEZER MENDOZA MARTINEZ, and GLORIA MARTINEZ MONTES,<br><br>Plaintiffs,<br><br>v.<br><br>AERO CARIBBEAN, EMPRESA AEROCARIBBEAN S.A., CUBANA DE AVIACION S.A., and GIE AVIONS DE TRANSPORT REGIONAL,<br><br>Defendants.<br>                                                         / | No. C 11-03194 WHA<br><br>**ORDER SETTING DEADLINE FOR POTENTIAL MOTION FOR DEFAULT JUDGMENT** |

Pursuant to the order dated March 31, 2014, plaintiffs "may move for entry of default from the Clerk, *before* filing with the undersigned judge any fresh motion for entry of default and/or default judgment, noticed on the regular 35-day track" (Dkt. No. 78) (emphasis in original). Plaintiffs accordingly moved for entry of default from the Clerk, who entered default on April 15, 2014.

This order now sets a deadline for any potential motion for default judgment. If plaintiffs wish to file such a motion, which must be noticed on the regular 35-day track, the deadline to do so is **2 PM ON JUNE 6, 2014**.

**IT IS SO ORDERED.**

Dated: May 9, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE