IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MENDOZA MARTINEZ, ELIU MENDOZA, ELIEZER MENDOZA MARTINEZ, and GLORIA MARTINEZ MONTES, <br><br> Plaintiffs, <br><br> v. <br><br> AERO CARIBBEAN, EMPRESA AEROCARIBBEAN S.A., CUBANA DE AVIACION S.A., and AVIONS DE TRANSPORT REGIONAL, <br><br> Defendants. | No. C 11-03194 WHA <br><br> **RULE 54(b) CERTIFICATE** |

On April 20, 2012, an order dismissed defendant Avions de Transport Regional for lack of personal jurisdiction (Dkt. No. 48). Judgment was entered in favor of ATR and against plaintiffs, but with the express statement that judgment was not entered as to the remaining defendants — Aero Carribean, Empressa Aerocarribean S.A., and Cubana de Aviacion S.A. Plaintiffs then filed a notice of appeal on the dismissal order only.

Our court of appeals has since ordered a limited remand to determine whether the dismissal order should be certified as an appealable, final judgment under Federal Rule of Civil Procedure 54(b). Because ATR has been dismissed from this action as a defendant, and because there is no just reason for delay, this order certifies the dismissal order pursuant to Rule 54(b).

**IT IS SO ORDERED.**

Dated: June 2, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE