IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MENDOZA MARTINEZ, ELIU MENDOZA, ELIEZER MENDOZA MARTINEZ, and GLORIA MARTINEZ MONTES,<br><br>Plaintiffs,<br><br>v.<br><br>AERO CARIBBEAN, EMPRESA AEROCARIBBEAN S.A., CUBANA DE AVIACION S.A., and AVIONS DE TRANSPORT REGIONAL,<br><br>Defendants. | No. C 11-03194 WHA<br><br>**ORDER RE JULY 24 HEARING** |

In opposing defendants' motion to vacate entry of default — which is set to be heard on July 24, 2014 — plaintiffs argue that the motion "is untimely as it provides 34 day notice . . . rather than the 35 days required by the Civil Local Rules" (Dkt. No. 95). Plaintiffs' own motion for entry of default judgment is also set for hearing on July 24, 2014.

Accordingly, pursuant to Civil Local Rule 7-2(a), both the motion to vacate entry of default and the motion for entry of default judgment will be heard on July 24, 2014.

**IT IS SO ORDERED.**

Dated: June 30, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE