IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MENDOZA MARTINEZ, ELIU MENDOZA, ELIEZER MENDOZA MARTINEZ, and GLORIA MARTINEZ MONTES,<br><br>   Plaintiffs,<br><br>  v.<br><br>AERO CARIBBEAN, EMPRESA AEROCARIBBEAN S.A., CUBANA DE AVIACION S.A., and GIE AVIONS DE TRANSPORT REGIONAL,<br><br>   Defendants. | No. C 11-03194 WHA<br><br>**ORDER GRANTING REQUEST TO VACATE BRIEFING DEADLINE AND CONTINUE CASE MANAGEMENT CONFERENCE** |

On November 24, 2014, the parties filed a joint request to vacate the December 4, 2014, briefing deadline and to continue their case management conference from December 18, 2014, to March 26, 2015. The parties state that they have agreed on a settlement and need the extra time to obtain a license from the United States Department of Treasury's Office of Foreign Assets Control, which administers the federal government's trade sanctions against Cuba. Although counsel erroneously cited to 31 C.F.R. 541.512(c), the Court determined that this statute did not exist. On assumption that counsel intended to cite to 31 C.F.R. 515.512(c), the parties' request is granted.

The **DECEMBER 4, 2014**, briefing deadline is hereby **VACATED**. The case management conference is **CONTINUED** from **DECEMBER 18, 2014**, to **MARCH 26, 2015**. The parties shall file a joint case management conference statement on these discussions (if the case stays open) no later than **MARCH 14, 2015**.

**IT IS SO ORDERED.**

Dated: November 25, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE