IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO MENDOZA MARTINEZ, ELIU MENDOZA, ELIEZER MENDOZA MARTINEZ, and GLORIA MARTINEZ MONTES,

    Plaintiffs,

    v.

AERO CARIBBEAN, EMPRESA AEROCARIBBEAN S.A., CUBANA DE AVIACION S.A., and GIE AVIONS DE TRANSPORT REGIONAL,

    Defendants.

    /

No. C 11-03194 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The parties have stated that they have agreed to a settlement, but need to obtain licenses from the United States Department of Treasury's Office of Foreign Assets Control, which administers the federal government's trade sanctions against Cuba, before they can dismiss the case (Dkt. No. 108). The parties request that the case management conference currently set for March 26, 2015, be continued to June 25 (with the case management statement due June 12) to allow time for OFAC to approve the licenses. The parties anticipate that by this time, OFAC will have approved their license applications and they will then file a stipulated dismissal of the case.

    The case management conference is hereby **CONTINUED TO JUNE 25, 2015, AT ELEVEN A.M.** The parties shall file a joint case management statement by **JUNE 12, 2015**.

    **IT IS SO ORDERED.**

Dated: March 16, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE