1  THE BRANDI LAW FIRM
   THOMAS J. BRANDI, SBN 53208
2  DANIEL DELL'OSSO, SBN 118203
   BRIAN J. MALLOY, SBN 234882
3  354 Pine Street, Third Floor
   San Francisco, CA 94104
4  Telephone: (415) 989-1800
   Facsimile:  (415) 989-1801
5  Email: tjb@brandilaw.com

6  Attorneys for Plaintiffs

7

   HANSON BRIDGETT LLP
8  RICHARD J. STRATTON, SBN 54648
   rstratton@hansonbridgett.com
9  KURT A. FRANKLIN, SBN 172715
   kfranklin@hansonbridgett.com
10 MEGAN OLIVER THOMPSON, SBN 256654
   moliverthompson@hansonbridgett.com
11 JAY RAPAPORT, SBN 281964
   jrapaport@hansonbridgett.com
12 425 Market Street, 26th Floor
   San Francisco, California 94105
13 Telephone:   (415) 777-3200
   Facsimile:   (415) 541-9366
14

   Attorneys for Defendants AEROCARIBBEAN
15 S.A. (incorrectly named Aero Caribbean and
   Empresa Aerocaribbean S.A.) and CUBANA DE
16 AVIACION S.A.

17

## UNITED STATES DISTRICT COURT

18

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

19

20

| | |
|---|---|
| LORENZO MENDOZA MARTINEZ, ELIU MENDOZA, ELIEZER MENDOZA MARTINEZ, and GLORIA MARTINEZ MONTES,<br><br>            Plaintiffs,<br><br>     v.<br><br>AERO CARIBBEAN, EMPRESA AEROCARIBBEAN S.A., CUBANA DE AVIACION S.A., and GIE AVIONS DE TRANSPORT REGIONAL,<br><br>            Defendants. | CASE NO. C 11-03194 WHA<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT AEROCARIBBEAN S.A. AND DEFENDANT CUBANA DE AVIACION S.A. AND [PROPOSED] ORDER** |

10612551.1

C 11-03194 WHA

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER AS TO
DEFENDANT AEROCARIBBEAN S.A. AND DEFENDANT CUBANA DE AVIACION S.A.

1  IT IS HEREBY STIPULATED by and between Plaintiffs Lorenzo Mendoza Martinez,
2  Eliu Mendoza, Eliezer Mendoza Martinez, and Gloria Martinez Montes ("Plaintiffs") and
3  Defendants Aerocaribbean S.A. (incorrectly named Aero Caribbean and Empresa Aerocaribbean
4  S.A.) and Cubana de Aviacion S.A. ("Defendant Airlines"), by and through their respective
5  counsel that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs dismiss with prejudice
6  all their claims against Defendant Airlines.  Each party will bear its own attorneys' fees and costs.

7  Wherefore, Plaintiffs and Defendant Airlines, by and through their attorneys of record, so
8  stipulate.

10  DATED:  March 24, 2015                    THE BRANDI LAW FIRM

12                                            By:     /s/ Brian J. Malloy
                                              THOMAS J. BRANDI
13                                            DANIEL DELL'OSSO
                                              BRIAN J. MALLOY
14                                            Attorneys for Plaintiffs
                                              LORENZO MENDOZA MARTINEZ,
15                                            ELIU MENDOZA, ELIEZER MENDOZA
                                              MARTINEZ, and GLORIA MARTINEZ
16                                            MONTES

18  DATED:  March 24, 2015                    HANSON BRIDGETT LLP

20                                            By:     /s/ Kurt A. Franklin
                                              RICHARD J. STRATTON
21                                            KURT A. FRANKLIN
                                              MEGAN OLIVER THOMPSON
22                                            JAY RAPAPORT
                                              Attorneys for Defendants AEROCARIBBEAN
23                                            S.A. (incorrectly named Aero Caribbean and
                                              Empresa Aerocaribbean S.A.) and CUBANA DE
24                                            AVIACION S.A.

10612551.1

C 11-03194 WHA
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER AS TO
DEFENDANT AEROCARIBBEAN S.A. AND DEFENDANT CUBANA DE AVIACION S.A.

1  IT IS SO ORDERED.

3  DATED: March 25, 2015.

_____
**WILLIAM ALSUP**
United States District Judge

10612551.1

C 11-03194 WHA
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER AS TO
DEFENDANT AEROCARIBBEAN S.A. AND DEFENDANT CUBANA DE AVIACION S.A.